Supreme Court—Christman v. Capetta.

GEORGE W. CHRISTMAN, JR., BY NEXT FRIEND, PLAIN-
TIFF, v. MICHAEL CAPETTA, DEFENDANT.

Submitted February term, 1924—Decided May 26, 1924.

**Negligence—Motor Vehicle Accident—Injury to Infant—Dam-
ages Excessive.**

On rule, &c.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN
and BLACK.

For the plaintiff, *John W. Palmer.*

For the defendant, *Schneider & Schneider.*

PER CURIAM.

The suit in this case was brought to recover damages for
personal injuries to an infant. The infant was struck by an
automobile on September 23d, 1922, while crossing Bruce
street, in Newark. The trial resulted in a verdict for the
plaintiff for $2,500. The defendant obtained a rule and
argues one reason, only, viz., the verdict is excessive. We
think this is so. Our reading of the testimony leads us to
the conclusion that the verdict should be reduced to $1,500.
If the plaintiff will remit the excess within ten days, the
judgment may stand for that amount, otherwise the rule will
be made absolute.